**Order entered March 20, 2019**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01293-CV

### VERONICA JOHNSON, Appellant

### V.

### THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TX HIDDEN RIDGE, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05397-B**

## ORDER

The clerk's record in this appeal has not been filed pending payment of the fee. Online records, however, show that appellant filed a statement of inability to pay costs, and nothing shows the trial court has ordered her to pay costs. Accordingly, we **ORDER** Dallas County Clerk John F. Warren to file the clerk's record without payment of costs no later than April 1, 2019. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE